# UNITED STATES DISTRICT COURT

_____EASTERN_____ **District of** _____CALIFORNIA_____

| | |
|---|---|
| SUE MOUA,<br>         Plaintiff<br><br>         V.<br><br>COMMISSIONER of SOCIAL SECURITY,<br>         Defendant | **ORDER ON APPLICATION**<br>**TO PROCEED WITHOUT**<br>**PREPAYMENT OF FEES**<br><br><br>CASE NUMBER: 1:10-AT-00572 |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X   GRANTED.

  X   The clerk is directed to file the complaint.

  X   IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐   DENIED, for the following reasons:

_____

_____


ENTER this   4th   day of   August  ,   2010  .


                                                            /s/ Sandra M. Snyder
                                                            Signature of Judicial Officer

                                                            SANDRA M. SNYDER, U.S. MAGISTRATE JUDGE
                                                            Name and Title of Judicial Officer