1 Marc V. Kalagian
Attorney at Law: 149034
Law Offices of Rohlfing & Kalagian, LLP
2 211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
3 Tel.: (562)437-7006
Fax: (562)432-2935
4 E-mail: rk_sslaw@speakeasy.net

5 Attorneys for Plaintiff
Sue Moua
6

7

**UNITED STATES DISTRICT COURT**
8 **EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**
9

10

11 | SUE MOUA,                            ) Case No.: 1:10-cv-1400 SKO
                                         )
12 |                                     ) STIPULATION FOR DISMISSAL
            Plaintiff,                   )
13 |                                     )
                                         )
       vs.                               )
14 | MICHAEL J. ASTRUE,                  )
    Commissioner of Social Security,     )
15 |                                     )
                                         )
16 |        Defendant.                   )
                                         )
17 |_____)

18
       TO THE HONORABLE SHEILA K. OBERTO, MAGISTRATE JUDGE
19
OF THE DISTRICT COURT:
20
       IT IS HEREBY STIPULATED by and between Sue Moua ("Plaintiff") and
21
Michael J. Astrue as the Commissioner of Social Security
22

23
///
24

25
///
26

-1-

("Defendant"), that this matter be dismissed with prejudice, each party to bear its own fees, costs, and expenses.

DATE: April 5, 2011      Respectfully submitted,

ROHLFING & KALAGIAN, LLP

/s/ *Marc V. Kalagian*
BY:_____
Marc V. Kalagian
Attorney for plaintiff Sue Moua

DATE: April 14, 2011

BENJAMIN B. WAGNER
United States Attorney

/s/ *Elizabeth Firer*
_____
Elizabeth Firer
Special Assistant United States Attorney
Attorneys for Defendant Michael J. Astrue,
Commissioner of Social Security
(Per e-mail authorization)

IT IS SO ORDERED.

Dated:  **April 14, 2011**            **/s/ Sheila K. Oberto**
                                UNITED STATES MAGISTRATE JUDGE

-2-